EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 4 2005

at 4 o'clock and 30 min. P M.
WALTER A.Y.H. CHINN, CLERK

LODGED

JAN 3 1 2005  10:05A

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00149 HG |
| Plaintiff, ) | **ORDER FOR DISMISSAL** |
| vs. ) | |
| KEONE JOELY MANOA, ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Information against Defendant KEONE JOELY MANOA in the interests of justice as KEONE JOELY MANOA entered a guilty plea to

related charges in Cr. No. 04-00204 HG, United States of America v. Keone Joely Manoa.

The defendant is in federal custody and has been sentenced in Cr. No. 04-00204 HG, United States of America v. Keone Joely Manoa.

DATED: Honolulu, Hawaii, January 31, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
EDRIC M. CHING
Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.


_____
HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

U.S.A. v. Keone Joely Manoa
CR. NO. 04-00149 HG
"Order for Dismissal"